Civ 01-603 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **February 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: September 7, 2001.

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | **Darryl Turnipseed**<br><br>**vs CV 00-1508 RHK/SRN**<br>**JURY**<br><br>**City of Minneapolis, etal** | **Loren Dorshow**<br>**612-529-3333**<br><br><br><br>**Peter Ginder**<br>**612-673-2010** |
| 2. | **Mid-Continent Engineering Inc., etc.**<br><br>**vs CV 00-935 RHK/JMM**<br>**JURY**<br><br>**Parfuse Corporation etal** | **Kurtis Greenley**<br>**612-371-3211**<br><br><br><br>**Jeffrey Bouslog**<br>**612-607-7000**<br>**Jacqueline Moen**<br>**612-338-1838** |
| 3. | **Patricia A. Crumley**<br><br>**vs CV 00-2110 RHK/JMM**<br>**JURY**<br><br>**City of St. Paul etal** | **Larry Reed**<br>**612-374-5858**<br><br><br><br>**Pierre N. Regnier**<br>**651-290-6500** |

4. **Kathy Heisler** — **Beth Bertelson 612-373-9832**

**vs CV 00-2749 RHK/JMM**
**JURY**

**Metropolitan Council Transit Operations etc.** — **Thomas Marshall 612-341-8131**

5. **Daniel Bonnell etc.** — **Margaret O'Sullivan Kane 651-222-8611**

**vs CV 00-2651 RHK/SRN**
**COURT**

**Marshall Public School District No. 413 etal** — **Scott Anderson 612-339-0060**

6. **Rory Chavez** — **William Walker Jr. 612-821-0094**

**vs CV 01-27 RHK/JMM**
**COURT**

**City of St. Paul etal** — **Frank E. Villaume III 651-266-8770**

7. **United States of America** — **Lizabeth McKibben**
**612-664-5600**

**vs CV 01-603 RHK/JMM**
**COURT**

**$26,000.00 In US Currency**
**-----**

**Yong Mansfield** — **Charles Hawkins**
**612-339-6921**