ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-603 (RHK/JMM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>V.<br>$26,000.00 IN U.S. CURRENCY,<br>DEFENDANT. | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |

Based on the plaintiff's motion for an order granting default judgment against Yong Hui Mansfield and all unknown persons and entities having an interest in $15,000.00 of the defendant currency and for forfeiture of $15,000.00 of the defendant currency to the plaintiff; on all the files and records in this action; and on the Court's finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on April 6, 2001, alleging that the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. a Warrant of Arrest and Notice In Rem was issued by the Clerk of Court to the United States Marshal on April 11, 2001, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint, and Warrant of Arrest and Notice In Rem; and to give due notice to all known and unknown interested persons and entities to



MAR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 11 2002
DEPUTY CLERK

serve on the United States Attorney and file with the Clerk of Court a verified statement of interest in or right against the defendant currency within 30 days from service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint and to serve and file an answer to the Complaint for Forfeiture within 20 days after the date the verified statement of interest was filed;

3. the United States Marshal arrested the defendant currency and served a copy of the Summons, Complaint, and Warrant of Arrest and Notice In Rem on Yong Hui Mansfield, through her attorney, Charles L. Hawkins;

4. on information and belief, no one served was an infant, incompetent person or person in the military service of the United States;

5. a notice of the forfeiture action against the defendant currency was published in the Finance and Commerce, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on April 21, April 28 and May 5, 2001, giving notice to all unknown interested persons and entities of the verified statement of interest and answer requirements;

6. Yong Hui Mansfield filed and served a verified statement of interest in the defendant currency and an answer to the Complaint for Forfeiture;

7. no other verified statements of interest and answers have been filed with the Clerk of Court or served on the United States Attorney, and the time for filing a verified statement of interest and answer has expired;

8. by Stipulation for Settlement of Claim filed with the Clerk of Court, Claimant Yong Hui Mansfield agreed to withdraw her claim to $15,000.00 of the defendant currency, consented to the entry of default judgment against her as to the $15,000.00 of the defendant currency and consented to the forfeiture of the $15,000.00 to the United States free and clear of any and all claims by her, and the plaintiff agreed to return the remaining $11,000.00 of the defendant currency to Claimant Yong Hui Mansfield, through her attorney;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Claimant Yong Hui Mansfield and all unknown persons and entities having an interest in $15,000.00 of the defendant currency; and

2. all the right, title and interest of the defaulted persons and entities in $15,000.00 of the defendant currency is forfeited to the plaintiff, and no right, title or interest in $15,000.00 of the defendant currency shall exist in any other person or entity; and

3. the $15,000.00 of the defendant currency shall be disposed of by the plaintiff in accordance with law; and

4. the terms of the Stipulation for Settlement of Claim shall be effected.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/11/02

RICHARD H. KYLE, Judge
United States District Court